JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD LEWIS CHANEY,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>BRYAN BIRKHOLZ,<br><br>　　　　　　Respondent. | Case No. 2:22-cv-09428-SPG-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: October 17, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE